UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LAWRENCE P. KAPLAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:07CV805 HEA |
| | ) |
| KEVIN HOHMAN and ANTHONY VECCHIE, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

This matter is before the Court on Plaintiff's Motion for Leave to Take a Second Deposition of Defendant Kevin Hohman, [Doc. No. 33], and Plaintiff's Supplemental Motion for Leave to Take a Second Deposition of Kevin Hohman, [Doc. No. 35]. The motions are denied. Discovery is closed in this matter. Any distinctions, discrepancies or differences in Defendant's testimony can be addressed at trial by cross examination.

Dated this 24th day of April, 2008.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE